The Full Commission has reviewed the prior Order of Deputy Commissioner Wanda Taylor. The appealing party has not shown good ground to reconsider the evidence; receive further evidence; rehear the parties or their representatives; or amend the Order.
 ***********
Pursuant to Rule T201 of the North Carolina Tort Claims Rules and Rule 12(b)(1) of the North Carolina Rules of Civil Procedure N.C.G.S. § 1A-1, and after careful consideration of the pleadings, defendant's Motion to Dismiss and plaintiff's response, it appears that the Industrial Commission lacks subject matter jurisdiction N.C.G.S. § 143-291 as plaintiff has failed to alleged any negligent act. This matter is therefore, DISMISSED.
Each side shall bear its own costs.
This the ___ day of August 1998.
 S/ ________________________ THOMAS J. BOLCH COMMISSIONER
CONCURRING:
S/ ______________________ CHRISTOPHER SCOTT COMMISSIONER
S/ ______________________ RENÉE C. RIGGSBEE COMMISSIONER